UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Thomas Bankhead, § § § Plaintiff, § § versus § § Skilled International LLC, et al., § § Defendants. § | Civil Action H-20-1442 |

## Default Judgment

Because Skilled International LLC, et al., have failed to answer and defend in this lawsuit, Thomas Bankhead, will take from Skilled International LLC, et al.:

A.    $138,134.62 for unpaid overtime wages and liquidated damages;

B.    $15,531.50 in attorney fees;

C.    Post-judgment interest at 0.29% *per annum*, from the date of this judgment is entered until it has been paid in full. (25)

Signed on December 17, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge